IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN H. SIMMS,** | : |
|         **Plaintiff,** | : |
| v. | :   Civil Action No.: 08 0177 (RWR) |
| **BALL STREET VENTURES, LLC, et al.,** | : |
|         **Defendants.** | : |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Alisa H. Reff, an attorney admitted to practice in this Court, hereby moves pursuant to Local Civil Rule 83.2(c)-(d) for an order permitting James G. Fannon to appear *pro hac vice* on behalf of Plaintiff Bryan H. Simms in this action and, in support of this Motion, relies upon the accompanying Certification of James G. Fannon, which is incorporated herein by reference.

WHEREFORE, it is respectfully requested that the Court permit Mr. Fannon to appear *pro hac vice* on behalf of Plaintiff Bryan H. Simms in this action.

                                              Respectfully submitted,

                                              DRINKER BIDDLE & REATH LLP

                By:          /s/ Alisa H. Reff
                                              Alisa H. Reff, Esq.,
                                              D.C. Bar No. 423113
                                              Suite 1100
                                              1500 K Street, N.W.
                                              Washington, D.C. 20005-8800
                                              Tel: (202) 842-8852
                                              Fax: (202) 842-8465

Dated: February 4, 2008

Of Counsel

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Tel:     (215) 988-2863
Fax:    (215) 988-2757

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **BRYAN H. SIMMS,** | : |
|          **Plaintiff,** | : |
| v. | :   **Civil Action No.:** |
| **BALL STREET VENTURES, LLC, et al.,** | : |
|          **Defendants.** | : |

**CERTIFICATE OF SERVICE**

I, Alisa H. Reff, certify that, on this 4th day of February, 2008, I caused a true and correct copy of the within Motion For Leave To Appear *Pro Hac Vice*, and supporting Certification, to be served upon Defendants by First Class U.S. Mail, postage prepaid, at the following addresses:

Ball Street Ventures, LLC
1000 Wisconsin Ave., N.W.,
Suite g-100
Washington, D.C.  20007

Ball Street Partners, LLC
1000 Wisconsin Ave., N.W.,
Suite g-100
Washington, D.C.  20007

Ball Street Fund, LLC
1000 Wisconsin Ave., N.W.,
Suite g-100
Washington, D.C.  20007

Brian K. Davis
2230 Massachusetts Ave., N.W.
Washington, D.C.  20008

Christian Laettner
1041 Ponte Verda Blvd.
Ponte Verda Beach, FL  32082

Date:   February 4, 2008

      /s/ Alisa Reff
Alisa H. Reff

DC\628538\1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN H. SIMMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 08-00177 (RWR) |
| BALL STREET VENTURES, LLC, et al., | : |
| Defendants. | : |

### CERTIFICATION OF JAMES G. FANNON

I, James G. Fannon, make the following certification in support of the within Motion *Pro Hac Vice*:

1. My full name is James Gerard Fannon;

2. My address and telephone number are:

   James G. Fannon
   Drinker Biddle & Reath LLP
   One Logan Square
   18th & Cherry Streets
   Philadephia, PA 19103-6996
   (215) 988-2863

3. I have been admitted to the bars of the following courts:

   Supreme Court of Pennsylvania;

   Supreme Court of New Jersey;

   U.S. Court of Appeals for the Third Circuit;

   U.S. Court of Appeals for the Second Circuit;

   U.S. District Court for the District of New Jersey;

   U.S. District Court for the District of Eastern District of Pennsylvania;

   U.S. District Court for the District of Middle District of Pennsylvania; and

PHLIT\695848\1

U.S. District Court for the District of Northern District of Illinois.

4. I have not been disciplined by the bar of any court;

5. I have not within the last two years been admitted *pro hac vice* in this Court; and

6. I am not a member of, and have not applied for membership in, the bar of the District of Columbia; nor do I engage in the practice of law from an office within the District of Columbia.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2008

James G. Fannon

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BRYAN H. SIMMS,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**BALL STREET VENTURES, LLC, et al.,**<br><br>　　　　　　**Defendants.** | : : : : : : : : : : : | **Civil Action No.: 08 0177 (RWR)** |

**[PROPOSED]
ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

AND NOW this _____ day of _____, 2008, upon consideration of the Motion for Leave to Appear *Pro Hac Vice* filed in behalf of James G. Fannon, and the supporting Certification of James G. Fannon, it is hereby **ORDERED** that said Motion is **GRANTED** and James G. Fannon is hereby permitted to appear *pro hac vice* on behalf of Plaintiff Bryan H. Simms in this action.

|  |  |
|---|---|
|  | _____, USDJ |

NS