IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN H. SIMMS | : |
| Plaintiff, | : |
| v. | : Case: 1:08-cv-00177-RWR |
| | : Hon. Richard W. Roberts |
| BALL STREET VENTURES, LLC, et al. | : |
| Defendants. | : |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Jeffrey S. Jacobovitz</u> as counsel in this case for Defendants Ball Street Ventures, LLC, Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis.


Date: March 18, 2008

By: <u>/s/ Jeffrey S. Jacobovitz</u>
Jeffrey S. Jacobovitz, Esq.
D.C. Bar # 346569
1666 K Street, N.W., Suite 300
Washington, D.C. 20006
Tel: (202) 778-6400
Fax: (202) 778-6460
Email: jjacobovitz@schiffhardin.com

## CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, an attorney, on **March 18, 2008**, caused a true and correct copy of *Attorney Appearance for Defendants Ball Street Ventures, LLC, Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis,* to be served upon the following via CM/ECF and U.S. Mail:

Alisa H. Reff, Esq.
D.C. Bar No. 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel: (202) 842-8852
Fax: (202) 842-8465
Email: Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-2863
Fax: (215) 988-2757
Email: Thomas.Barton@dbr.com
Email: James.Fannon@dbr.com

                                         /s/ Jeffrey S. Jacobovitz
                                         Jeffrey S. Jacobovitz

DC\7085099.1