IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN H. SIMMS                          :
                                        :
        Plaintiff,                      :
                                        :   Case: 1:08-cv-00177-RWR
v.                                      :   Hon. Richard W. Roberts
                                        :
BALL STREET VENTURES, LLC, et al.       :
                                        :
        Defendants.                     :
                                        :

**CONSENT MOTION AND STATEMENT OF POINTS AND AUTHORITIES
FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

Defendants Ball Street Ventures, LLC, Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis, (Collectively "Defendants") and Plaintiff Bryan H. Simms, by and through their undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for entry of an Order extending Defendants' deadline to answer, move or otherwise plead up to and including April 25, 2008. In support of this Motion, the parties state as follows:

1.      Pursuant to Federal Rule of Civil Procedure 6(b), this court has discretion to extend Defendants' time to answer, move or otherwise plead, for good cause.

2.      In this instance, good cause is shown because Defendants' counsel was just retained and Defendants' original deadline to answer, move or otherwise plead has not yet expired. It is currently set to expire April 4, 2008.

3.      Accordingly, the parties to this litigation have jointly agreed to extend Defendants' deadline to answer, move or otherwise plead up to and including April 25, 2008.

4.      Defendants voluntarily waived service on March 11, 2008. Defendants' had not yet been officially served with the complaint at the time of the signing of the Waiver of Service of Summons.

5.      The parties have discussed this motion and Plaintiff has consented to the relief sought, in accordance with District of Columbia LCvR 7 (M).

**WHEREFORE**, Defendants respectfully move this Court for an Order extending Defendants' deadline to answer, move or otherwise plead up to and including April 25, 2008.

March 18, 2008

Respectfully submitted,

SCHIFF HARDIN LLP

By: /s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz, Esq.
D.C. Bar # 346569
1666 K Street, N.W., Suite 300
Washington, D.C. 20006
Tel: (202) 778-6400
Fax: (202) 778-6460
Email: jjacobovitz@schiffhardin.com
Attorney for Defendants
Ball Street Ventures, LLC; Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis

DRINKER BIDDLE & REATH LLP

By: : /s/ Alisa H. Reff
Alisa H. Reff, Esq.
D.C. Bar No. 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel: (202) 842-8852
Fax: (202) 842-8465
Email: Alisa.Reff@dbr.com
Attorney for Plaintiff
Bryan H. Simms

      Of Counsel

      Thomas J. Barton, Esq.
      James G. Fannon, Esq.
      DRINKER BIDDLE & REATH LLP
      One Logan Square
      18th & Cherry Streets
      Philadelphia, PA 19103-6996
      Tel: (215) 988-2863
      Fax: (215) 988-2757
      Email: Thomas.Barton@dbr.com
      Email: James.Fannon@dbr.com

## CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, an attorney, on **March 18, 2008**, caused a true and correct copy of *Consent Motion and Statement of Points and Authorities for Extension of Time to Answer, Move or Otherwise Plead,* to be served upon the following via CM/ECF and U.S. Mail:

Alisa H. Reff, Esq.
D.C. Bar No. 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel: (202) 842-8852
Fax: (202) 842-8465
Email: Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-2863
Fax: (215) 988-2757
Email: Thomas.Barton@dbr.com
Email: James.Fannon@dbr.com

                                          /s/ Jeffrey S. Jacobovitz
                                          Jeffrey S. Jacobovitz

DC\7085098.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRIAN H. SIMMS**  :
                   :
    **Plaintiff,** :
                   :   Case: 1:08-cv-00177-RWR
    v.             :   Hon. Richard W. Roberts
                   :
**BALL STREET VENTURES, LLC, et al.** :
                   :
    **Defendants.** :
                   :

## ORDER

Having read and considered the consent motion of Defendants Ball Street Ventures, LLC, Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis, (Collectively "Defendants") and Plaintiff Bryan H. Simms, for entry of an Order extending Defendants' deadline to answer, move or otherwise plead up to and including April 25, 2008, it is, this ____ day of _____, 2008,

**ORDERED** that the consent motion for entry of an Order extending Defendants' deadline to answer, move or otherwise plead up to and including April 25, 2008, is **GRANTED**.

_____
**Richard W. Roberts, Judge**
United States District Court
for the District of Columbia

Copies to:
Jeffrey S. Jacobovitz, Esq.
Schiff Hardin LLP
1666 K Street, N.W., Suite 300
Washington, D.C. 20006
Fax: (202) 778-6460
Email: jjacobovitz@schiffhardin.com

Alisa H. Reff, Esq.
Drinker, Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C. 20005-1209
Fax: (202) 842-8465
Email: Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Fax:  (215) 988-2757
Email:  Thomas.Barton@dbr.com
Email:  James.Fannon@dbr.com