**CERTIFICATE OF SERVICE**

I, Jeffrey S. Jacobovitz, an attorney, on **April 24, 2008**, caused a true and correct copy of *Defendants' Answer to Complaint and Counterclaims,* to be served upon the following via CM/ECF and U.S. Mail:

Alisa H. Reff, Esq.
D.C. Bar No. 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel:  (202) 842-8852
Fax:  (202) 842-8465
Email:  Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel:  (215) 988-2863
Fax:  (215) 988-2757
Email:  Thomas.Barton@dbr.com
Email:  James.Fannon@dbr.com

                                      /s/ Jeffrey S. Jacobovitz
                                        Jeffrey S. Jacobovitz