IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN H. SIMMS<br>32 Hitchcock Rd.<br>Westport, CT 06880, | |
| Plaintiff, | |
| v. | Case:  1:08-cv-00177-RWR<br>Hon. Richard W. Roberts |
| BALL STREET VENTURES, LLC<br>1000 Wisconsin Ave., N.W., Suite G-100<br>Washington, D.C. 20007; | |
| BALL STREET PARTNERS, LLC<br>1000 Wisconsin Ave., N.W., Suite G-100<br>Washington, D.C. 20007; | |
| BALL STREET FUND, LLC<br>1000 Wisconsin Ave., N.W., Suite G-100<br>Washington, D.C. 20007; | |
| CHRISTIAN LAETTNER<br>1041 Ponte Verda Blvd.<br>Ponte Verda Beach, FL 32082; and | |
| BRIAN K. DAVIS<br>2230 Massachusetts Ave., N.W.<br>Washington, D.C. 20008, | |
| Defendants. | |

**DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1
DISCLOSURE OF CORPORATE
<u>AFFILIATIONS AND FINANCIAL INTERESTS</u>**

Defendants Ball Street Ventures, LLC, Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis, by and through their undersigned counsel, hereby submit their certificate of disclosure of corporate affiliations and financial interests, pursuant to Federal

Rule of Civil Procedure 7.1, and as required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, Jeffrey S. Jacobovitz, the undersigned, counsel of record for Ball Street Ventures, LLC, Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis, certify that to the best of my knowledge and belief, the following are not parent companies, subsidiaries or affiliates of which have outstanding securities in the hands of the public:

Ball Street Ventures, LLC

Ball Street Partners, LLC

Ball Street Fund, LLC

These representations are made in order that judges of this court may determine the need for recusal.

April 24, 2008

Respectfully submitted,

SCHIFF HARDIN LLP

By: /s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz, Esq.
D.C. Bar # 346569
1666 K Street, N.W., Suite 300
Washington, D.C. 20006
Tel: (202) 778-6400
Fax: (202) 778-6460
Email: jjacobovitz@schiffhardin.com
*Attorney of Record for Defendants Ball Street Ventures, LLC; Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis*

2

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Jacobovitz, an attorney, on **April 24, 2008**, caused a true and correct copy of *Defendants' Certificate of Disclosure of Corporate Affiliations and Financial Interest, Pursuant to FRCP 7.1 and LCvR 7.1,* to be served upon the following via CM/ECF and U.S. Mail:

Alisa H. Reff, Esq.
D.C. Bar No. 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel:  (202) 842-8852
Fax:  (202) 842-8465
Email:  Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel:  (215) 988-2863
Fax:  (215) 988-2757
Email:  Thomas.Barton@dbr.com
Email:  James.Fannon@dbr.com

                                          /s/ Jeffrey S. Jacobovitz
                                          Jeffrey S. Jacobovitz