IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN H. SIMMS<br>32 Hitchcock Rd.<br>Westport, CT 06880,<br><br>            Plaintiff,<br><br>   v.<br><br>BALL STREET VENTURES, LLC<br>1000 Wisconsin Ave., N.W., Suite G-100<br>Washington, D.C. 20007;<br><br>BALL STREET PARTNERS, LLC<br>1000 Wisconsin Ave., N.W., Suite G-100<br>Washington, D.C. 20007;<br><br>BALL STREET FUND, LLC<br>1000 Wisconsin Ave., N.W., Suite G-100<br>Washington, D.C. 20007;<br><br>CHRISTIAN LAETTNER<br>1041 Ponte Verda Blvd.<br>Ponte Verda Beach, FL 32082; and<br><br>BRIAN K. DAVIS<br>2230 Massachusetts Ave., N.W.<br>Washington, D.C. 20008,<br><br>            Defendants. | Case: 1:08-cv-00177-RWR<br>Hon. Richard W. Roberts |

**DEFENDANTS' MOTION TO SEAL EXHIBIT A
AND SUPPORTING POINTS AND AUTHORITIES**

Defendants Ball Street Ventures, L.L.C. ("Ventures"), Ball Street Partners, L.L.C. ("Partners"), Ball Street Fund, L.L.C. ("Fund"), Christian Laettner ("Laettner"), and Brian K. Davis ("Davis") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court, pursuant to Local Civil Rule 5.1(j), to seal Exhibit A, as filed with

Defendants' Answer and Counterclaims and Motion to Dismiss on April 24, 2008. In support of this Motion, Defendants state as follows:

1. On January 30, 2008, Plaintiff Brian Simms ("Plaintiff") filed a Complaint against Defendants.

2. On April 24, 2008, Defendants filed their Answer and Counterclaims and Motion to Dismiss. To their Answer and Counterclaims and Motion to Dismiss, Defendants attached as Exhibit A the employment agreement between Plaintiff, Ventures and Partners.

3. Exhibit A, which contains Plaintiff's social security number, was inadvertently filed electronically without redaction.

4. Upon realization of this issue, Defendants immediately contacted opposing counsel to inform them of the issue and Defendants' desire to rectify the issue. Plaintiff consents to the filing of this motion and the sealing of Exhibit A.

5. Due to the highly sensitive and confidential information contained in Exhibit A, Defendants respectfully request that the Court place Exhibit A under seal.

6. When considering whether to seal a document or parts thereof, a court in this Circuit considers six factors: (1) the need for public access to the documents at issue; (2) the extent to which the public had access to the documents prior to the sealing order; (3) the fact that a party has objected to the disclosure and the identity of that party; (4) the strength of the property and privacy interests involved; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced. *Johnson v. Greater Southwest Community Hosp. Corp.*, 951 F.2d 1268, 1276 (D.C. Cir. 1991); *U.S. v. Hubbard*, 650 F.2d 293, 317-22 (D.C. Cir. 1980).

7.      The balance of factors articulated in *Johnson* and *Hubbard* strongly favor sealing Exhibit A.  Plaintiff has a recognized privacy interest in his social security number, which is contained in Exhibit A.  *See Sussman v. U.S. Marshals Service*, 494 F.3d 1106, 1115 (D.C. Cir. 2007) (recognizing that disclosure of social security numbers constitutes an invasion of personal privacy).  Plaintiff's social security information enables access to sensitive and confidential information, including Plaintiff's bank account, medical records, and employment files.  The public, on the other hand, has no interest in nor prior access to the information contained in Exhibit A.  In addition, Defendants' file this motion with Plaintiff's consent, demonstrating that all parties object to disclosure and no parties will be prejudiced from sealing the exhibit.

**WHEREFORE**, for the above reasons, Defendants respectfully request that this Court seal Exhibit A, as filed with Defendants' Answer and Counterclaim on April 24, 2008, and Exhibits A-F, as filed with Defendants' Motion to Dismiss on April 24, 2008.

Dated: May 12, 2008                          Respectfully submitted,

                                            SCHIFF HARDIN LLP

                                            By:  /s/ Jeffrey S. Jacobovitz
                                            Jeffrey S. Jacobovitz, Esq.
                                            D.C. Bar # 346569
                                            1666 K Street, N.W., Suite 300
                                            Washington, D.C. 20006
                                            Tel:  (202) 778-6400
                                            Fax:  (202) 778-6460
                                            Email:  jjacobovitz@schiffhardin.com

                                            *Attorney for Defendants Ball Street Ventures, LLC; Ball Street Partners, LLC, Ball Street Fund, LLC, Christian Laettner, and Brian K. Davis*

NY\50336853.1

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Jacobovitz, an attorney, on **May 12, 2008**, caused a true and correct copy of *Defendants' Motion to Seal Exhibit A and Supporting Points and Authorities*, to be served upon the following via CM/ECF and U.S. Mail:

Alisa H. Reff, Esq.
D.C. Bar No. 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel: (202) 842-8852
Fax: (202) 842-8465
Email: Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-2863
Fax: (215) 988-2757
Email: Thomas.Barton@dbr.com
Email: James.Fannon@dbr.com

       /s/ Jeffrey S. Jacobovitz
       Jeffrey S. Jacobovitz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN H. SIMMS | : |
| Plaintiff, | : |
| | : Case: 1:08-cv-00177-RWR |
| v. | : Hon. Richard W. Roberts |
| BALL STREET VENTURES, LLC, et al. | : |
| Defendants. | : |

## ORDER

Having read and considered the motion of Defendants Ball Street Ventures, LLC ("Ventures"), Ball Street Partners, LLC ("Partners"), Ball Street Fund, LLC ("Fund"), Christian Laettner ("Laettner"), and Brian K. Davis ("Davis"), (Collectively "Defendants"), to seal Exhibit A, it is, this ____ day of _____, 2008,

**ORDERED** that the Defendants' Motion to Seal Exhibit A, is **GRANTED**.

                                                                    _____
                                                                    **Richard W. Roberts, Judge**
                                                                    United States District Court
                                                                    for the District of Columbia

Copies to:
Jeffrey S. Jacobovitz, Esq.
Schiff Hardin LLP
1666 K Street, N.W., Suite 300
Washington, D.C. 20006
Fax: (202) 778-6460
Email: jjacobovitz@schiffhardin.com

Alisa H. Reff, Esq.
Drinker, Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C. 20005-1209
Fax: (202) 842-8465
Email: Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
Drinker, Biddle & Reath LLP
One Logan Square

18th & Cherry Streets
Philadelphia, PA 19103-6996
Fax: (215) 988-2757
Email: Thomas.Barton@dbr.com
Email: James.Fannon@dbr.com

NY\50336866.1