IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN H. SIMMS,** | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:08-cv-00177-RWR |
| | : Honorable Richard W. Roberts |
| **BALL STREET VENTURES, LLC, et al.,** | : |
| Defendants. | : |

### NOTICE OF APPEARANCE

To the clerk of this court and all parties of record:

Please enter the appearance of Courtney R. Abbott, Drinker Biddle & Reath, LLP, 1500 K Street, N.W., Suite 1100, Washington, DC 20005, as counsel in this case for Plaintiff Bryan H. Simms.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By:     /s/ Courtney R. Abbott
Alisa H. Reff, Esq.,
D.C. Bar No. 423113
Courtney R. Abbott, Esq.
D.C. Bar No. 488653
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-8800
Dated: July 9, 2008      Tel:   (202) 842-8852
Fax:   (202) 842-8465

NS

- 2 -

Of Counsel

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Tel:    (215) 988-2863
Fax:    (215) 988-2757

NS                                      - 2 -

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BRYAN H. SIMMS,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 1:08-cv-00177-RWR |
| v. : | Honorable Richard W. Roberts |
| : | |
| **BALL STREET VENTURES, LLC, et al.,** : | |
| : | |
| Defendants. : | |
| : | |

## CERTIFICATE OF SERVICE

I, Courtney R. Abbott, certify that, on this 9th day of July, 2008, I caused a true and correct copy of the within Notice of Appearance to be served upon Defendants by First Class U.S. Mail, postage prepaid, at the following address:

> Jeffrey S. Jacobovitz, Esq.
> 1666 K Street, N.W., Suite 300
> Washington, DC 20006
> *Counsel for Defendants*

Date:   July 9, 2008                                    _____/s/ Courtney R. Abbott_____
                                                        Courtney R. Abbott

NS                                              - 3 -