IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRYAN H. SIMMS
32 Hitchcock Rd.
Westport, CT 06880,

    Plaintiff,

v.

BALL STREET VENTURES, LLC
1000 Wisconsin Ave., N.W., Suite G-100
Washington, D.C. 20007;

and

BALL STREET PARTNERS, LLC
1000 Wisconsin Ave., N.W., Suite G-100
Washington, D.C. 20007;

    Defendants.

Case: 1:08-cv-00177-RWR
Hon. Richard W. Roberts

## RULE 26(A) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Ball Street Ventures, LLC and Ball Street Partners, LLC (collectively "Ball Street"), by and through their undersigned attorneys, provide the following initial disclosures, reserving the right to supplement as appropriate:

1.  26(a)(1)(A): The name, and if known, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    **Response:** The following individuals known to Ball Street at this time may have discoverable information:

   - Brian Davis may be contacted through the undersigned counsel. Mr. Davis is the CEO and Co-Owner of Ball Street Ventures, LLC and Ball Street Partners, LLC, and is likely to have discoverable information regarding the circumstances

surrounding the hiring of Bryan Simms, the representations Mr. Simms made to Ball Street, the terms and conditions of Mr. Simms' employment, Mr. Simms' performance at Ball Street, and the termination of Mr. Simms' employment.

- Christian Laettner may be contacted through the undersigned counsel. Mr. Laettner is the Co-Owner of Ball Street Ventures, LLC and Ball Street Partners, LLC, and is likely to have discoverable information regarding the circumstances surrounding the hiring of Bryan Simms, the representations Mr. Simms made to Ball Street, the terms and conditions of Mr. Simms' employment, Mr. Simms' performance at Ball Street, and the termination of Mr. Simms' employment.

- Iteka Smith may be contacted through the undersigned counsel. Ms. Smith is the COO of Ball Street Ventures, LLC and Ball Street Partners, LLC, and is likely to have discoverable information regarding the circumstances surrounding the hiring of Bryan Simms, Mr. Simms' performance at Ball Street, and the termination of Mr. Simms' employment.

- Jennifer Hudnell may be contacted through the undersigned counsel. Ms. Hudnell is an employee of Ball Street Ventures, LLC, and is likely to have discoverable information regarding Mr. Simms' performance at Ball Street and the termination of Mr. Simms' employment.

- Tim Clinton is the former General Counsel for Ball Street. Mr. Clinton is likely to have discoverable information regarding the circumstances surrounding the hiring of Bryan Simms, the representations Mr. Simms made to Ball Street, the terms and conditions of Mr. Simms' employment, Mr. Simms' performance at Ball Street, and the termination of Mr. Simms' employment. Mr. Simms can be reached at 3651 Suitland Rd., SE, Washington, DC 20020, (202) 905-7255.

- Duane Marks is the CEO of Blue Devil Partners. Mr. Marks is likely to have discoverable information regarding Mr. Simms' performance at Ball Street. Mr. Marks can be reached at 919-956-5957.

- Jayne Baum is the Controller of Blue Devil Partners. Ms. Baum is likely to have discoverable information regarding Mr. Simms' performance at Ball Street. Ms. Baum can be reached at 919-956-5957.

- Anthony Delfre is Christian Laettner's Asset Manager. Mr. Delfre is likely to have discoverable information regarding Mr. Simms. Mr. Delfre can be reached at 440-582-5533.

- Bryan Simms may be contacted through his counsel of record. Mr. Simms is likely to have discoverable information regarding his employment record, the circumstances surrounding his hiring at Ball Street, the representations he made to Ball Street, his performance at Ball Street, and the termination of his employment.

- **Brian Friedman**, First Management Group, 202-271-4200. Mr. Friedman is likely to have discoverable information regarding Mr. Simms and statements by Mr. Simms.

- **David Stubbs**, Stubbs Enterprises, 371 Pelham Road, Philadelphia, PA 19119. Mr. Stubbs is likely to have discoverable information regarding Mr. Simms and statements by Mr. Simms.

- **Brad Rangell**, Managing Director, Sports Finance and Advisory, The Citigroup Private Bank, 666 Fifth Ave., 7th Floor, New York, NY 10113. Mr. Rangell is likely to have discoverable information regarding Mr. Simms and statements by Mr. Simms.

- **Jim Wilson**, President, JFW, 18310 Montgomery Village Ave., Suite 450, Gaithersburg, Maryland 20879. Mr. Wilson is likely to have discoverable information regarding Mr. Simms and statements by Mr. Simms.

- **Brad J. Hoffman**, Blue Stone Real Estate Capital, Bell Atlantic Tower, 1717 Arch Street, Suite 4120, Philadelphia, PA 19103. Mr. Hoffman is likely to have discoverable information regarding Mr. Simms and statements by Mr. Simms.

2. **26(a)(1)(B):** A copy of, or a description by category and location of, all documents and tangible things in the possession, custody, or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.

   **Response:** The following documents may be used by Defendants in supporting their claims or defenses. Except as specifically noted below, these documents are in the possession of Defendants and/or their attorneys and will be available for inspection and copying upon reasonable notice.

- Documents reflecting representations made by Plaintiff prior to his employment with Ball Street

- Plaintiff's personnel file

- Plaintiff's Employment Agreement

- Documents reflecting the terms and conditions of Plaintiff's employment with Ball Street

- Documents reflecting or relating to the work performed by Plaintiff

- Documents pertaining to the termination of Plaintiff's employment with Ball Street

- Documents pertaining to Plaintiff's prior employment with other companies.

3. **26(a)(1)(C):** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the documents or other

evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

**Response:**

Salary for Tim Clinton - $214,916.62

Salary for David Rosenthal - $182,692.31

Salary for Peter Johnson - $125,000

FICA for above salaries - $42,504.08

Office rental expenses - $99,204.00

Legal Fees based on Simms' Selection - $435,178.41

Salary to Simms - $70,000

Attorneys Fees and Costs of Lawsuit

Excess Costs of Raising Funds and Expenses related to reliance on Simms

4.    26(a)(1)(D): Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

   **Response:** Defendants are not aware of any insurance policy that would cover Plaintiff's claims in the instant matter.

The defendants/counterclaimants reserve the right to supplement the above information.

Dated: July 25, 2008                    Respectfully Submitted,

                                                                                                 By: /s/Jeffrey S. Jacobovitz
                                                                                                 Jeffrey S. Jacobovitz
                                                                                                 D.C. Bar # 346569
                                                                                                 Schiff Hardin LLP
                                                                                                 1666 K Street, N.W., Suite 300
                                                                                                 Washington, D.C. 20006
                                                                                                 Tel: (202) 778-6400
                                                                                                 Fax: (202) 778-6460
                                                                                                 Email: jjacobovitz@schiffhardin.com

                                                                                                 Attorneys for Defendants

DC\7102310.1

# CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, an attorney, on July 25, 2008, caused a true and correct copy of *Defendants' Rule 26(A) Initial Disclosures,* to be served upon the following via CM/ECF and U.S. Mail:


Alisa H. Reff, Esq.
D.C. Bar No. 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel: (202) 842-8852
Fax: (202) 842-8465
Email: Alisa.Reff@dbr.com

Thomas J. Barton, Esq.
James G. Fannon, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-2863
Fax: (215) 988-2757
Email: Thomas.Barton@dbr.com
Email: James.Fannon@dbr.com


                                             /s/ Jeffrey S. Jacobovitz
                                                 Jeffrey S. Jacobovitz

DC\7103022.1