## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRYAN H. SIMMS** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.: 1:08-cv-00177-RWR** |
| | : | |
| **BALL STREET VENTURES, LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

### CONSENT ORDER DISMISSING CASE WITH PREJUDICE AND RETAINING
### JURISDICTION FOR PURPOSE OF ENFORCING SETTLEMENT

On the Parties' joint motion regarding dismissal of all claims and counterclaims in this

action, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), and requesting that the Court retain jurisdiction for

the limited purpose of enforcing the Parties' Settlement Agreement, the Court hereby finds that, for

the reasons set forth in the Parties' joint motion, good cause exists for dismissal of all claims and

counterclaims in this action with prejudice and retention of jurisdiction for the sole purpose of

enforcing the payment provisions of the Parties' Settlement Agreement. Therefore, IT IS HEREBY

ORDERED that:

1.     The Parties' joint motion is GRANTED;

2.     All claims and counterclaims in this action are dismissed with prejudice;

3.     The Court retains jurisdiction over this matter for the limited purpose of

entertaining motions and entering orders necessary to enforce the payment provisions of the

Parties' Settlement Agreement.

4.     Any motion brought to enforce the payment provisions of the Parties'

Settlement Agreement must be filed within one year after this Order is docketed; and

5.    The Court's jurisdiction to enforce the payment provision of the Parties'

Settlement Agreement shall lapse upon the later of the 365th day after this Order is docketed

or the Court's final disposition of any timely-filed motion for enforcement of the payment

provisions of the Parties' Settlement Agreement.

Consented to by:

DRINKER BIDDLE & REATH LLP

By: /s/ James. Fannon
Alisa H. Reff, Esq.
D.C. Bar # 423113
1500 K Street, N.W.
Washington, D.C. 20005-1209

Attorneys for Plaintiff

By: /s/ Jeffrey S. Jacobovitz          Of Counsel
Jeffrey S. Jacobovitz, Esq.
SCHIFF HARDIN LLP
D.C. Bar # 346569                      Thomas J. Barton, Esq.
1666 K Street, N.W., Suite 300         James G. Fannon, Esq.
Washington, D.C. 20006                 DRINKER BIDDLE & REATH LLP
                                       One Logan Square
                                       18th & Cherry Streets
Attorney for Defendants                Philadelphia, PA 19103-6996

**SO ORDERED AND ENTERED** this 30th day of December 2008.

DATE: _____          _____
                                       RICHARD W. ROBERTS
                                       United States District Judge

- 2 -