IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN H. SIMMS,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.: 08-00177 (RWR) |
| **BALL STREET VENTURES, LLC, et al.,** | : |
| **Defendants.** | : |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Bryan H. Simms, the Plaintiff in this action, hereby moves to enforce the Settlement Agreement between himself and Defendants Ball Street Ventures, LLC, Ball Street Partners, LLC, Ball Street Fund, LLC (together "Ball Street") and Brian K. Davis ("Mr. Davis") (collectively "Defendants"). In support thereof, Plaintiff states as follows:

1. On January 30, 2008, Mr. Simms filed the instant action against the Defendants in the United States District Court for the District of Columbia.

2. On or around December 24, 2008, the Defendants and Mr. Simms entered into a Settlement Agreement and General Release ("Settlement Agreement"). A true and correct copy of the Settlement Agreement is attached as Exhibit A.

3. On December 30, 2008, the Court entered an Order dismissing the case with prejudice and retaining jurisdiction for the purpose of enforcing the Settlement Agreement. [Docket No. 40.]

4.   Pursuant the Settlement Agreement, Defendants are obligated to pay Mr. Simms the sum of $650,000 with interest at the rate of 10% per annum, in three (3) installments to be received by Mr. Simms as follows:

a.   $201,533.20 on January 15, 2009 (which represents $200,000 principal, with interest at the rate of 10% per annum thereon accrued through January 15, 2009);

b.   $101,505.82 on February 11, 2009 (which represents $100,000 principal, with interest at the rate of 10% per annum thereon accrued through February 11, 2009);

c.   $362,457.22 on April 27, 2009 (which represents $350,000 principal, with interest at the rate of 10% per annum thereon accrued through April 27, 2009); and by which date Defendants shall have paid in full the principal amount and all interest and late fees accrued thereon.

(Settlement Agreement, Ex. A, at ¶ 3).

5.   The Parties acknowledged and agreed in Settlement Agreement that time is of the essence and therefore agreed that, in the event Defendants defaulted in making any payment by its due date, any and all remaining installments would accelerate and be immediately due and payable in full, with all accrued interest accruing, and late fees accruing on the accelerated balance at the rate of 15% per annum from the date of default, with a minimum late fee of $1,000.  (Settlement Agreement, Ex. A, at ¶ 3).

6.   The Settlement Agreement provides Mr. Simms the right upon Defendants default immediately to move the Court for an order directing Defendants to comply with the payment provisions of the Settlement Agreement and to pay the attorneys' fees and costs Mr. Simms incurred as a result of his efforts to collect any portion of the Settlement Payment due and owing to him.  (Settlement Agreement, Ex. A, at ¶ 3).

7.     Plaintiff has not received any part of the payment that was due on January 15, 2009 and therefore the Defendants are in default under the Settlement Agreement.

8.     Despite Defendants' defaulting on the initial payment under the Settlement Agreement, if Defendants cure their default, including remittance of the January 15th principal payment of $200,000.00, interest accrued thereon through the date of payment, the $1,000.00 minimum late fee, and the attorney's fees and costs Plaintiff incurred in making this Motion by the close of the first banking day following service of the Court's Order on this Motion, Plaintiff is willing to forego accelerating the February 11th and April 27th payments and instead permit Defendants to resume.

9.     Plaintiff incurred $780.00 in legal fees and costs in making this Motion. (Declaration of Nichole Stach, Esquire, attached as Exhibit B.)

WHEREFORE, Mr. Simms respectfully requests that the Court enter an order in the form, directing Defendants to remit to Mr. Simms, within twenty-four (24) hours of receipt of this Order, $203,556.16, which amount represents principal in the amount of $200,000.00, late fees in the amount of $1,000.00, interest in the amount of $1,711.16, and attorneys' fees in the amount of $780.00, and such other and further relief as the Court deems proper and just.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By:    /s/ James G. Fannon
        Alisa H. Reff, Esq.
        D.C. Bar No. 423113
        1500 K Street, N.W.
        Washington, D.C.  20005-1209
        Tel:    (202) 842-8852
        Fax:   (202) 842-8465

        Thomas J. Barton, Esq.
        James G. Fannon, Esq.
        (*Admitted Pro Hac Vice*)
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA  19103-6996
        Tel:    (215) 988-2863
        Fax:   (215) 988-2757