```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____

**BRYAN H. SIMMS**,

     Plaintiff,

     v.                           Civ. Action No. 08-177 (RWR)

**BALL STREET VENTURES, LLC**, _et al._,

     Defendants.
_____

## ORDER ENTERING JUDGMENT

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that the plaintiff's motion [52] for entry of judgment be, and hereby is, GRANTED. Judgment is ENTERED for the plaintiff against defendants Ball Street Ventures, LLC; Ball Street Partners, LLC; Ball Street Fund, LLC; and Brian K. Davis in the amount of $667,846.90, plus accrued interest at the rate of $266.94 per day from March 12, 2009 to the date of this order, in the amount of $17,084.16, plus additional legal fees in the amount of $2,300. It is further

ORDERED that the defendants' motion [48] to modify the March 11, 2009 order of the court be, and hereby is, DENIED.

SIGNED this 14th day of May, 2009.

                                                      /s/
                                     RICHARD W. ROBERTS
                                     United States District Judge